IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

EMMA HENRY,

    Debtor.

NO. 09-71615
CHAPTER 13

JUDGE MANUEL BARBOSA

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2006, FREMONT HOME LOAN TRUST 2006-B its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on April 23, 2009, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 904 S. Oak Creek Dr., Genoa, Illinois 60135.

3. That, on June 22, 2010, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. As of this date, creditor's records still reflect a balance of $2,633.63 in regular payments. This amount includes the payment that was due on July 1, 2010. (See Exhibit A)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

                                           Respectively Submitted,

                                           /s/ Terri M. Long
                                           TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, its Successors and/or Assigns

**PAYMENTS RECEIVED**

Creditor: Litton Loan Servicing LP
Debtor: Emma Henry
Case No.: 09-71615-587
Loan No.: xxxx0228
Our File No.: 5151-N-6003
Collateral: 904 S Oak Creek Dr, Genoa, Illinois 60135

Loan status as of July 23, 2010

On-going mortgage payments scheduled to be paid beginning May 1, 2009 by Debtor

| DATE RECEIVED | AMOUNT RECEIVED | DUE DATE | AMOUNT DUE | MISC FEES PAID | PAID OVER / (SHORT) |
|---|---|---|---|---|---|
| May 21, 2009 | $1,318.53 | May 1, 2009 | $1,318.04 | ($0.00) | $0.49 |
| June 18, 2009 | $1,318.53 | June 1, 2009 | $1,318.04 | ($0.00) | $0.49 |
| July 16, 2009 | $1,318.53 | July 1, 2009 | $1,318.04 | ($0.00) | $0.49 |
| August 14, 2009 | $1,318.53 | August 1, 2009 | $1,318.04 | ($0.00) | $0.49 |
| September 21, 2009 | $1,318.53 | September 1, 2009 | $1,318.04 | ($0.00) | $0.49 |
| October 22, 2009 | $1,318.04 | October 1, 2009 | $1,318.04 | ($0.00) | ($0.00) |
| November 19, 2009 | $1,318.04 | November 1, 2009 | $1,318.04 | ($0.00) | ($0.00) |
| December 17, 2009 | $1,318.04 | December 1, 2009 | $1,318.04 | ($0.00) | ($0.00) |
| January 28, 2010 | $1,318.04 | January 1, 2010 | $1,318.04 | ($0.00) | ($0.00) |
| February 28, 2010 ✓ | ($0.00) | ✓February 1, 2010 | $1,318.04 | ($0.00) | ($1,318.04) |
| March 11, 2010 | $1,318.04 | March 1, 2010 | $1,318.04 | ($0.00) | ($0.00) |
| April 23, 2010 | $1,318.04 | April 1, 2010 | $1,318.04 | ($0.00) | ($0.00) |
| May 20, 2010 | $1,318.04 | May 1, 2010 | $1,318.04 | ($0.00) | ($0.00) |
| June 28, 2010 | $1,318.04 | June 1, 2010 | $1,318.04 | ($0.00) | ($0.00) |
| July 7, 2010 | ($0.00) | ✓July 1, 2010 | $1,318.04 | ($0.00) | ($1,318.04) |
| **TOTALS** | **$17,136.97** | | **$19,770.60** | **($0.00)** | **($2,633.63)** |

EXHIBIT A